UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEISHA F. DAVIS,
o/b/o I.S.,

       **Plaintiff,**

v.                                             Case No. 8:15-cv-892-T-33TBM

CAROLYN W. COLVIN, Acting
Commissioner of the United States
Social Security Administration,

       **Defendant.**
_____/

## REPORT AND RECOMMENDATION

THIS MATTER is before the Court *sua sponte* on the issue of effecting service by the Plaintiff on the Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security ("the Commissioner"). For the reasons set forth below, the Court recommends that this action be dismissed.

Plaintiff filed her Complaint against the Commissioner and sought leave to proceed without the prepayment of the filing fee. (Docs. 1, 2). The Court granted Plaintiff's request to proceed *in forma pauperis*, and directed Plaintiff to complete and return the "Summons in a Civil Case" forms to the Clerk within twenty (20) days, whereupon the United States Marshal would be directed to serve the summonses upon the appropriate parties. (Docs. 5). On July 27, 2015, this Court once again directed Plaintiff to complete and return the necessary forms to properly serve Defendant in this action. (Doc. 7). Plaintiff did not complete the necessary forms. As a result, on August 17, 2015, this Court ordered Plaintiff to show cause in writing,

on or before August 28, 2015, why this case should not be dismissed for failure to effectuate service in a timely manner. (Doc. 8). Plaintiff did not file any response.

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, if service of the summons and complaint is not made upon the defendants within one hundred and twenty (120) days after the filing of the complaint, and the party on whose behalf such service was required cannot show good cause why such service was not made within that period, the action shall be dismissed without prejudice.

More than 120 days have passed since the filing of the complaint and Plaintiff has failed to effect service and failed to show cause why such service has not been made.

Accordingly, it is **RECOMMENDED** that the court **DISMISS** this action and the Clerk be directed to close the case.

> Respectfully submitted this
> 9th day of September 2015.
>
> _____
> THOMAS B. McCOUN III
> UNITED STATES MAGISTRATE JUDGE

### NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal and a *de novo* determination by a district judge. A party waives the right to challenge on appeal a finding of fact or conclusion of law adopted by the district judge if the party fails to object to that finding or

conclusion within fourteen days after issuance of the Report and Recommendation containing the finding or conclusion.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; M.D. Fla. R. 6.02; *see also* Fed. R. Civ. P. 6; M.D. Fla. R. 4.20.


Copies furnished to:
The Honorable Virginia M. Hernandez Covington, United States District Judge
*Pro se* Plaintiff